**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- x
HARON COLE, on behalf of himself and all : Case no. 1:25-cv-569
others similarly situated, :
:
Plaintiffs, :
: **NOTICE OF VOLUNTARY**
v. : **DISMISSAL WITH**
: **PREJUDICE**
Voler, Inc., :
:
Defendant. :
:
:
:
:
---------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: July 21, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law